IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Fred Brown, aka Fred      :
Heffelfinger, Jr.,      :
            Appellant      :
     :
       v.      :    No. 1260 C.D. 2017
     :
Tioga Township Zoning Hearing      :
Board      :

# **O R D E R**

NOW, January 8, 2019, having considered appellants' application for reargument, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge